UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL COSGROVE | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:10cv11577 NG |
| | ) | |
| KEYBANK N.A., RUSSO MARINE | ) | |
| FINANCIAL SERVICES, INC., and | ) | |
| NORTHEAST ADJUSTMENT BUREAU | ) | |
|     Defendants | ) | |

### STIPULATION

Plaintiff Michael Cosgrove ("Plaintiff") and defendant KeyBank National Association ("KeyBank") hereby agree and stipulate that service of process has been effectuated on KeyBank as of November 2, 2010 pursuant to Fed. R. Civ. P. 4 and KeyBank waives any and all service defects without any further process or request for waiver on the Plaintiff's part.  KeyBank shall have until November 23, 2010, to respond to the Complaint.


Michael Cosgrove,　　　　　　　　　　　　　KeyBank National Association,
by his attorney　　　　　　　　　　　　　　　by its attorney,


/s/ James J. Heggie　　　　　　　　　　　　　/s/ Michael J. Daly
James J. Heggie, Esq. (BBO No. 659244)　　　Michael J. Daly, Esq., (Bar No. 655838)
2001 Marina Drive, Suite 516W　　　　　　　PIERCE ATWOOD LLP
Quincy, MA 02171　　　　　　　　　　　　　10 Weybossett Street, Suite 400
(617)842-2175　　　　　　　　　　　　　　　Providence, RI 02903
james.heggie@fac.quincycollege.edu　　　　　(401) 588- 5113 Tel.
　　　　　　　　　　　　　　　　　　　　　(401) 588- 5166 Fax
　　　　　　　　　　　　　　　　　　　　　mdaly@pierceatwood.com


Date: November 3, 2010

{W2031968.1}

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system on October 15, 2010, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the date indicated on the NEF. I further certify that I caused the within document to be served on the below individuals by U.S. Mail, first class postage prepaid, on November 3, 2010.

James J. Heggie, Esq.
Counsel for Plaintiff
2001 Marina Drive
Suite 516W
Quincy, MA 02171

Larry Russo, Jr. and Larry Russo, Sr.
Russo Marine
291 Mystic Avenue
Medford, MA 02155

                                                         /s/ Michael J. Daly

# EXHIBIT A

{W2031968.1}