UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL COSGROVE,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | C.A. No. 1:10cv11577 NG |
| KEYBANK N.A., RUSSO MARINE<br>FINANCIAL SERVICES, INC., and<br>NORTHEAST ADJUSTMENT BUREAU,<br>    Defendants | )<br>)<br>)<br>) | |

## STIPULATION

Plaintiff Michael Cosgrove ("Plaintiff") and defendant KeyBank National Association ("KeyBank") hereby agree and stipulate that KeyBank shall have until December 17, 2010, to respond to the Complaint.

| | |
|---|---|
| Michael Cosgrove,<br>by his attorney | KeyBank National Association,<br>by its attorney, |
| /s/ James J. Heggie<br>James J. Heggie, Esq. (BBO No. 659244)<br>2001 Marina Drive, Suite 516W<br>Quincy, MA 02171<br>(617) 842-2175 [Tel]<br>james.heggie@fac.quincycollege.edu | /s/ Michael J. Daly<br>Michael J. Daly, Esq., (Bar No. 655838)<br>PIERCE ATWOOD LLP<br>10 Weybossett Street, Suite 400<br>Providence, RI 02903<br>(401) 588- 5113 [Tel.]<br>(401) 588- 5166 [Fax]<br>mdaly@pierceatwood.com |

Date: November 23, 2010

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system on November 23, 2010, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the date indicated on the NEF.  I further certify that I caused the within document to be served on the below individuals by U.S. Mail, first class postage prepaid, on November 23, 2010.

Larry Russo, Jr. and Larry Russo, Sr.
Russo Marine
291 Mystic Avenue
Medford, MA 02155

                                                   /s/ Michael J. Daly

{W2064034.1}