UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL COSGROVE | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:10cv11577 NG |
| | ) | |
| KEYBANK N.A., RUSSO MARINE | ) | |
| FINANCIAL SERVICES, INC., and | ) | |
| NORTHEAST ADJUSTMENT BUREAU | ) | |
|     Defendants | ) | |

## STIPULATION

Plaintiff Michael Cosgrove ("Plaintiff") and defendant KeyBank National Association ("KeyBank") hereby agree and stipulate that KeyBank does not object to Plaintiff's motion to file an Amended Complaint [Dkt. entry no. 9]. In entering this stipulation, KeyBank does not waive any defenses to the Amended Complaint, including failure to state a claim upon which relief may be granted.

Plaintiff and KeyBank further stipulate that KeyBank need not respond to the Original Complaint. KeyBank shall respond to the Amended Complaint within twenty (20) days of the filing of such pleading.

| | |
|---|---|
| Michael Cosgrove, | KeyBank National Association, |
| by his attorney | by its attorney, |
| | |
| /s/ James J. Heggie | /s/ Michael J. Daly |
| James J. Heggie, Esq. (BBO No. 659244) | Michael J. Daly, Esq., (Bar No. 655838) |
| 2001 Marina Drive, Suite 516W | PIERCE ATWOOD LLP |
| Quincy, MA 02171 | 10 Weybossett Street, Suite 400 |
| (617)842-2175 | Providence, RI 02903 |
| james.heggie@fac.quincycollege.edu | (401) 588- 5113 Tel. |
| | (401) 588- 5166 Fax |
| | mdaly@pierceatwood.com |

Date: December 13, 2010

{W2094636.1}

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system on December 13, 2010, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the date indicated on the NEF.

                                          /s/ Michael J. Daly

{W2094636.1}